UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN DANIEL GERMAN-CAMILO,

        Defendant.
_____/

Case No. 1:20-CR-90

Hon. Paul L. Maloney

**ORDER OF DETENTION**

This matter came before the Court on a bond hearing held July 17, 2020. The Court finds that the government proved by a preponderance of the evidence that defendant is a risk of non-appearance in this case and orders him detained.

**IT IS SO ORDERED.**

Dated: July 29, 2020        /s/ Ray Kent
                                              RAY KENT
                                              United States Magistrate Judge